IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CR-00453 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTOWINE PALMER, et. al., | ) | **SECOND MOTION TO TRANSFER** |
| | ) | **DEFENDANT TO FEDERAL** |
| Defendants. | ) | **CUSTODY** |

GRANTED.
/s/ Patricia A. Gaughan
4/5/17

Now come the Defendant, Antowine Palmer, by and through his counsel Jaime P. Serrat LLC., and hereby respectfully requests that this Honorable Court issue an Order to the United States Marshals Service directing them to return the Defendant from State incarceration at Cuyahoga County Jail to Federal custody at NEOCC.

On March 16, 2017, counsel for the Defendant placed numerous reason on the record regarding the need to house the Defendant at North East Ohio Correctional Center pending his upcoming April 25, 2017 trial, incorporated herein by reference, including but not limited to the need to use the legal library and other NEOCC resources to review the thousands of pages of discovery material and hours of recorded interviews. None of these resources are available to inmates at the Cuyahoga County.  In addition, the Defendant's discovery material and trial preparation notes are located at NEOCC.  Such material has now been taken from him on at least two prior occasions since he was indicted in this case. To remove this material for a third time affects the Defendant's constitutional rights and right to a fair trial. To date, the U.S. Marshals service has denied the multiple requests from the Defendant and defense counsel to return Mr. Palmer to federal custody.

Mr. Palmer not being brought into federal custody is making the process of preparing for trial significantly more difficult. Counsel is respectfully requesting an Order to send the